UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Carl Morgan,

                      Plaintiff,

     -against-

City of New York, et. al.,

                    Defendants.

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Ramsey Baines, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On **October 5 2012**, at approximately **12:53**, I served the summons and complaint in this matter on **Kirk Fernandes** by delivering a copy of same to **Det.Cody**, a person of suitable age and discretion at defendant's actual place of business within the state, **at One Police Plaza, New York, New York**.

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in

an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
Oct 10, 2012

*Ramsey Baines*
Ramsey Baines

Sworn to me on the 10th day of Oct, 2012

NOTARY PUBLIC

ROBERT J. MARINELLI
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MA6220272
Qualified in New York County
My Commission Expires April 12, 2014